UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
B.W. o/b/o K.S, a minor, and
T.S. o/b/o J.W., a minor,

        Docket No.
        09 CV 9986 (RMB)

        Plaintiffs,

- v -

NEW YORK CITY DEPARTMENT
OF EDUCATION,
        Defendant.
------------------------------------------------------X


## CERTIFICATE OF PERSONAL SERVICE


MICHAEL D. HAMPDEN (MH 2359)
PARTNERSHIP FOR CHILDREN'S RIGHTS
Attorney for Plaintiff
271 Madison Avenue, 17th Floor
New York, NY 10016
(212) 683-7999, ext. 226
Fax: (212) 683-5544
Email: mhampden@pfcr.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
B.W. o/b/o K.S, a minor, and
T.S. o/b/o J.W., a minor,

        Docket No.
        09 CV 9986 (RMB)

     Plaintiffs,

- v -         CERTIFICATE OF
          PERSONAL SERVICE

NEW YORK CITY DEPARTMENT
OF EDUCATION,
     Defendant.
----------------------------------------------------------X

  The undersigned hereby certifies under penalties of perjury that on the 28th day of July 2009 he served the Summons and Complaint in this action upon the defendant New York City Department of Education by delivering them to the Docketing Clerk of the Law Department of the City of New York, 100 Church Street, 4th Floor, New York, New York 10007.

  I knew the person so served to be the Docketing Clerk of the New York City Law Department because he identified himself as such and stamped the annexed paper with his acknowledgement of service stamp.

Dated:   New York, New York
      July 28, 2009

           _____
           MICHAEL D. HAMPDEN (MH 2359)
           PARTNERSHIP FOR CHILDREN'S RIGHTS
           Attorney for Plaintiff
           271 Madison Avenue, 17th Floor
           New York, NY 10016
           (212) 683-7999, ext. 226
           Fax: (212) 683-5544
           Email: mhampden@pfcr.org

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

09 CV 6686

Judge Berman

B.W. o/b/o K.S., a minor;
T.S. o/b/o J.W., a minor;

Plaintiffs,
-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

Defendant.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NEW YORK CITY DEPARTMENT OF EDUCATION
52 Chambers Street, New York, New York 10007

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL D. HAMPDEN
PARTNERSHIP FOR CHILDREN'S RIGHTS
271 Madison Avenue, 17th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

*CLERK OF COURT*

Date: JUL 28 2009

*Signature of Clerk or Deputy Clerk*