UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
B.W. o/b/o K.S, a minor, and
T.S. o/b/o J.W., a minor,                          Docket No.
                                                   09 CV 9986 (RMB)
                    Plaintiffs,
        - v -

NEW YORK CITY DEPARTMENT
OF EDUCATION,
                    Defendant.
------------------------------------------------------X

CERTIFICATE OF PERSONAL SERVICE

 

MICHAEL D. HAMPDEN (MH 2359)
PARTNERSHIP FOR CHILDREN'S RIGHTS
Attorney for Plaintiff
271 Madison Avenue, 17th Floor
New York, NY 10016
(212) 683-7999, ext. 226
Fax: (212) 683-5544
Email: mhampden@pfcr.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
B.W. o/b/o K.S, a minor, and
T.S. o/b/o J.W., a minor,

                Plaintiffs,

- v -

NEW YORK CITY DEPARTMENT
OF EDUCATION,
              Defendant.
------------------------------------------------------X

Docket No.
09 CV 9986 (RMB)

CERTIFICATE OF
PERSONAL SERVICE

      The undersigned hereby certifies under penalties of perjury that on the 28th day of July 2009 he served the Summons and Complaint in this action upon the defendant New York City Department of Education by delivering them to the Docketing Clerk of the Law Department of the City of New York, 100 Church Street, 4th Floor, New York, New York 10007.

      I knew the person so served to be the Docketing Clerk of the New York City Law Department because he identified himself as such and stamped the annexed paper with his acknowledgement of service stamp.

Dated:      New York, New York
              July 28, 2009

_____
MICHAEL D. HAMPDEN (MH 2359)
PARTNERSHIP FOR CHILDREN'S RIGHTS
Attorney for Plaintiff
271 Madison Avenue, 17th Floor
New York, NY 10016
(212) 683-7999, ext. 226
Fax: (212) 683-5544
Email: mhampden@pfcr.org

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

B.W. o/b/o K.S., a minor;
T.S. o/b/o J.W., a minor;

    Plaintiffs,

-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

    Defendant.

)
)
)
)
)
)
)
)

Civil Action No.

09 CV 6686

Judge Berman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    NEW YORK CITY DEPARTMENT OF EDUCATION
    52 Chambers Street, New York, New York 10007

2009 JUL 28 PM 1:25

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    MICHAEL D. HAMPDEN
    PARTNERSHIP FOR CHILDREN'S RIGHTS
    271 Madison Avenue, 17th Floor
    New York, NY 10016

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

*CLERK OF COURT*

Date: JUL 2 8 2009

*Signature of Clerk or Deputy Clerk*