# MEMO ENDORSED





RECEIVED
AUG 17 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**D. ALAN ROSINUS**
phone: (212) 788-8316
fax: (212) 788-0940
email: arosinus@law.nyc.gov

August 17, 2009

*Application granted.*

SO ORDERED:
Date: 8/18/09
Richard M. Berman, U.S.D.J.

**BY HAND**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  B.W. o/b/o K.S., a minor, et ano. v. New York City Dep't of Educ.,
     09 Civ. 6686 (RMB)

Dear Judge Berman:

I am the Assistant Corporation Counsel assigned to represent Defendant New York City Department of Education in the above referenced matter.

I write to respectfully request a 30 day extension of time for Defendant to respond to the Complaint in this matter, from August 17, 2009 until September 16, 2009. This is Defendant's first request for an extension of time to respond to this Complaint. Plaintiffs consent to this request.

This extension is necessary to investigate Plaintiffs' factual and legal claims and to prepare a response to the Complaint.

Thank you for your consideration of this request.

Respectfully,

David A. Rosinus, Jr. (DR 6431)
Assistant Corporation Counsel

cc:  Michael D. Hampden, Esq. (by hand)
     Partnership for Children's Rights
     Attorney for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8-18-09