UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

B.W. o/b/o K.S.
                    Plaintiff(s),

        - v -

NYC Dept. Educ
                    Defendant(s).
-----------------------------------------------------------X

Case Management Plan

09 CV. 6686 (RMB)

DATE 9/21/09

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __N/A__

(ii) Amend the pleadings by __Oct 21, 2009   (2 wks after deft answer)__

(iii) All discovery to be expeditiously completed by __N/A__

(iv) Consent to Proceed before Magistrate Judge __yes - both parties consent__

(v) Status of settlement discussions __Deft expects to agree to pay J.W. case + parties will discuss settlement of KS case__

Sections vi through xi will be set at conference with the Court.

(vi) Motions __Pl move for sum judgment by 11/9/09; Deft answer 12/9/09  Pl reply 12/23/09__

(vii) Oral Argument __Neither party requests__

(viii) Joint Pre-Trial Order to be submitted by __N/A__

(ix) Final Pre-Trial Conference __N/A__

(x) Trial __N/A__

(xi) Other _____

SO ORDERED: New York, New York
            9/21/09

                                        RMB
                                        _____
                                        Hon. Richard M. Berman, U.S.D.J.