Nov. 5. 2009 9:19AM   Case 1:09-cv-06686-HBP   Document 11   Filed 11/09/09   Page 1 of 1   P. 2/2



**PARTNERSHIP FOR CHILDREN'S RIGHTS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/09

November 5, 2009

Hon. Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Re:  B.W. o/b/o K.S., et ano. v.
     New York City Department of Education
     09 CV 6686 (RMB) (HBP)

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-9-09

Dear Judge Pitman,

   I am the attorney for the plaintiffs in this action. Under the Case Management Plan so-ordered by District Judge Richard M. Berman on September 21, 2009, plaintiff's motion for summary judgment is due on November 9, 2009.

   I write with the consent of the attorney for the defendant to respectfully request a two-week extension in the motion schedule. The parties have been contemplating settlement and as a result I postponed beginning work on plaintiff's motion for summary judgment; however, no settlement has been reached.

   I request that plaintiff's motion be due by November 23, 2009, defendant's response by December 23, 2009, and plaintiff's reply, if any, due by January 7, 2010.

   Thank you very much.

Sincerely,

Michael D. Hampden
Attorney for Plaintiffs
(212) 683-7999, ext. 226
Fax (212) 683-5544
mhampden@pfcr.org

By Fax 212-805-6111

cc:
Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
Attn: David A. Rosinus, Esq.
By Fax 212-788-0940

Formerly known as Legal Services for Children
271 MADISON AVENUE, 17TH FLOOR, NEW YORK, NY 10016 • 212.683.7999 • Fax: 212.683.5544 • Website: pfcr.org