```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
B.W. o/b/o K.S., a minor;           :
T.S. o/b/o J.W., a minor;
                                    :
              Plaintiffs,
                                    :   09 Civ. 6686 (HBP)
     -against-
                                    :   OPINION
NEW YORK CITY DEPARTMENT                AND ORDER
OF EDUCATION,                       :

              Defendant.            :

-----------------------------------X
```

PITMAN, United States Magistrate Judge:

By notice of motion dated June 28, 2010 (Docket Item 27), plaintiff seeks to recover attorney's and expenses incurred in connection with this action.  Plaintiffs seek fees and expenses in the amount of $37,419.71 and have submitted time records and other documentation in support of this amount.  I have previously awarded plaintiffs the sum of $18,642.50 representing the attorney's fees and expenses incurred in the underlying administrative proceeding.

By letter dated August 2, 2010, a copy of which is annexed hereto, counsel for defendant has advised me that it has reviewed plaintiffs' fee application, finds it reasonable and does not oppose it.  Accordingly, plaintiff's are awarded

$37,419.71 for the attorney's fees and expenses incurred in litigating the present action in this Court.

The Clerk of the Court is directed to enter final judgment in the amount of $56,062.21 comprised of $18,642.50 representing the legal fees and expenses incurred in the underlying administrative proceeding and $37,419.71 representing the legal fees and expenses incurred in this action. The Clerk of the Court is also directed to mark Docket Item 27 closed.

Dated:  New York, New York
        August 9, 2010

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Michael D. Hampden, Esq.
Partnership for Children's Rights
17th Floor
271 Madison Avenue
New York, New York 10016

David A. Rosinus, Jr., Esq.
New York City Law Department
Room 2-305
100 Church Street
New York, New York 10007



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

D. ALAN ROSINUS
phone: (212) 788-8316
fax: (212) 788-0877
email: arosinus@law.nyc.gov
(not for service)

August 2, 2010

**BY FAX**

Hon. Henry B. Pitman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  B.W. o/b/o K.S., a minor, *et ano.* v. New York City Dep't of Educ.,
            09 Civ. 6686 (HBP)

Dear Judge Pitman:

      I am the Assistant Corporation Counsel assigned to represent Defendant New York City Department of Education in the above referenced matter. By Opinion and Order dated June 3, 2010, the Court granted Plaintiffs' motion for summary judgment, and directed Plaintiffs to submit documentation of their attorney's fees and costs incurred in connection with the present federal action. Plaintiffs did so by motion dated June 28, 2010.

      Pursuant to several extension requests that the Court granted, Defendant's opposition papers to Plaintiffs' motion would be due today. However, the City has reviewed Plaintiffs' fee application and finds it to be reasonable. Accordingly, the City does not oppose Plaintiffs' motion and has no objection to the Court entering judgment for Plaintiffs for the full amount of fees and costs sought (i.e., $37,419.71).

      Thank you for your consideration of this matter.

Respectfully,

David A. Rosinus, Jr. (DR 6431)
Assistant Corporation Counsel