```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
B.W. o/b/o K.S., a minor;
T.S. o/b/o J.W., a minor;

                  Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                  Defendant.
-----------------------------------------------------------X

09 CIVIL 6686 (HBP)

**JUDGMENT**

#10, 1369

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Henry B. Pitman, United States Magistrate Judge, and the Court, on August 9, 2010, having rendered its Opinion and Order directing the Clerk of the Court to enter final judgment in favor of plaintiffs in the amount of $56,062.21 comprised of $18,642.50 representing the legal fees and expenses incurred in the underlying administrative proceeding and $37,419.71 representing the legal fees and expenses incurred in this action, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 9, 2010, final judgment is entered in favor of plaintiffs in the amount of $56,062.21.

**Dated:** New York, New York
        August 11, 2010

                                            **RUBY J. KRAJICK**

                                               **Clerk of Court**
                          BY:

                                                 **Deputy Clerk**

                                         **THIS DOCUMENT WAS ENTERED**
                                         **ON THE DOCKET ON** _____